<pre>
 1
 2
 3
 4
 5
 6
 7
 8
 9
10                    UNITED STATES DISTRICT COURT
11                  THE CENTRAL DISTRICT OF CALIFORNIA
12
13
14  SU LIGUO,                        No. 2:21-cv-06860-JAK-JEMx
15         Plaintiff,                **ORDER RE STIPULATION OF
                                     DISMISSAL (DKT. 18)**
16         v.
                                     **JS-6**
17  ALEJANDRO MAYORKAS, Secretary of
    DHS; UR JADDOU, Director of USCIS;
18  JENNIFER B. HIGGINS, Associate
    Director of USCIS Asylum Division;
19  DAVID M. RADEL, Director of LA
    Asylum Office,
20         Defendants.
21
</pre>

Based on a review of the Stipulation of Dismissal (the "Stipulation" (Dkt. 18)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**. Pursuant to Fed. R. Civ. P. 41(a), this matter is dismissed without prejudice, with each party to bear its own costs, fees, and expenses including attorneys' fees.

**IT IS SO ORDERED.**

DATED  March 16, 2022

_____
John A. Kronstadt
United States District Judge